UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK ROBINSON,<br><br>           Petitioner,<br>vs.<br><br>V. M. ALMAGER, WARDEN,<br><br>           Respondent. | Case No. CV 08-6910-RSWL(RC)<br><br>ORDER GRANTING PETITIONER'S REQUEST TO VOLUNTARILY DISMISS ACTION WITHOUT PREJUDICE |

    On October 20, 2008, petitioner Derek Robinson, a state inmate proceeding pro se, filed a habeas corpus petition under 28 U.S.C. § 2254, challenging his 2000 convictions and sentence for first degree murder and other offenses in Los Angeles County Superior Court case GA036768.  Petition at 2-3.  On October 24, 2008, this Court sua sponte dismissed the habeas petition with leave to amend under Fed. R. Civ. P. 12(e) due to petitioner's failure to comply with Local Rule 83-16.1 and Rule 2(c) and (d) of the Rules Governing Section 2254 Cases in the United States District Courts, and ordered petitioner to file an amended petition within thirty days;[1] however, petitioner has

---

[1] Due to the age of petitioner's convictions, however, it is likely that the habeas corpus petition also is not timely,

1  not filed an amended petition.  Instead, on December 2, 2008,
2  petitioner filed a "motion to rescind habeas corpus proceeding[,]" and
3  since respondent has not yet answered or otherwise responded to
4  petitioner's petition, the Court **HEREBY GRANTS** petitioner's request.

**ORDER**

At petitioner's request, this action is voluntarily dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

The Clerk of Court shall serve this Order and Judgment on petitioner.

DATED: December 10, 2008         _____RONALD S.W. LEW_____
                                  HONORABLE RONALD S.W. LEW
                                  SENIOR U.S. DISTRICT COURT JUDGE

PRESENTED BY:

DATE: December 9, 2008

 /S/ Rosalyn M. Chapman
     ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE

---

having been filed more than one year after petitioner's criminal judgment became final.  28 U.S.C. § 2244(d).

case086\08-6910.5
12/3/08

2