UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK ROBINSON,<br><br>        Petitioner,<br><br>vs.<br><br>V. M. ALMAGER, WARDEN,<br><br>        Respondent. | Case No. CV 08-6910-RSWL(RC)<br><br>JUDGMENT |

    IT IS ADJUDGED that the petition and action are dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

DATE: December 10, 2008

                                                                *RONALD S.W. LEW*
                                                 HONORABLE RONALD S.W. LEW
                                         SENIOR U.S. DISTRICT COURT JUDGE

R&Rs\08-6910.jud2
12/8/08